United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| THO PHUOC NGUYEN, | § | |
| | § | Case No. 4:25-cv-05876 |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| RANDALL TATE, Warden, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| _____ | § | |

## ORDER

The Court, having considered Petitioner's Status Report and Motion to Dismiss, finds that the reasons set forth in the motion support the request and the motion is **GRANTED**, and therefore it is **ORDERED** that this matter is dismissed without prejudice.

It is so ORDERED.

SIGNED this  28th  day of May 2026.

_____
UNITED STATES DISTRICT JUDGE

1